UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RASHEEN MINES, | : | |
| Petitioner, | : | Civ. No. 16-3796 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner proceeding with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On March 2, 2022, Petitioner submitted a brief in supplemental support of his claim to vacate count five of his conviction. (*See* Dkt. No. 24). Considering this supplemental filing, Respondent shall have a short period of time in which to file a response to this supplemental filing should it elect to do so. Petitioner's pending motion for a hearing (Dkt. No. 23), will therefore be denied without prejudice. After either Respondent files a response to Petitioner's supplemental brief, or the time allotted for Respondent to file a response has expired, this Court will decide Petitioner's § 2255 motion in due course. Should any hearing be necessary, the parties shall be notified by this Court.

Accordingly, IT IS this 9th day of March 2022,

ORDERED that Respondent shall have fourteen (14) days in which to file a response to Petitioner's supplemental brief (Dkt. No. 24); and it is further

ORDERED that Petitioner's motion for a hearing (Dkt. No. 23) is denied without prejudice.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge